# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**FILED**

3:44 pm Feb 13 2025
Clerk U.S. District Court
Northern District of Ohio
Youngstown

| | |
|---|---|
| In the Matter of the Search of | ) |
| U.S. Postal Service parcel bearing tracking number 9505514175135042657597 addressed to K Blankenship at 3686 Longfield Rd in Ravenna, OH 44266 and bearing the return address of T Blankenship at 11372 Lee Ave, Apt 712, in Adelanto, CA 92301 | ) ) ) ) ) ) Case No.  4-25-MJ-6020 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property

U.S. Postal Service parcel bearing tracking number 9505514175135042657597 addressed to K Blankenship at 3686 Longfield Rd in Ravenna, OH 44266 and bearing the return address of T Blankenship at 11372 Lee Ave, Apt 712, in Adelanto, CA 92301

located in the __Northern__ District of __Ohio, Eastern Division__, there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 USC 841(a)(1) | Possession with intent to distribute a controlled substance |

The application is based on these facts:

As set forth in the attached Affidavit of Postal Inspector Dylan Louis

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DYLAN LOUIS, U.S. POSTAL INSPECTOR
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Crim.Rules. 4.1; 41(d)(3)

Date: __February 13, 2025__

*Carmen Henderson*
*Judge's signature*

City and state:  YOUNGSTOWN, OHIO

CARMEN E. HENDERSON, U.S. MAGISTRATE JUDGE
*Printed name and title*